UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 05-rj-00008-MJW

BRAZOS STUDENT FINANCE CORPORATION,

        Plaintiff,

v.

ANISSA J. LONG,

        Defendant,

and

MED 1 ONLINE,

        Garnishee.

## GARNISHEE ORDER

On motion of the United States, assignee and successor in interest to Brazos Student Finance Corporation, and good cause appearing, IT IS HEREBY ORDERED that Garnishee MED 1 ONLINE shall, each pay period, pay 25% of Defendant's disposable wages to the United States and shall continue said payments until the judgment debt herein is paid in full, or until the Garnishee no longer has custody, possession, or control of any property belonging to the Defendant, or until further order of this Court.

Dated: April 24, 2006

BY THE COURT:

_____
UNITED STATES DISTRICT JUDGE

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE