IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-rj-00008-MJW

BRAZOS STUDENT FINANCE CORPORATION,

    Plaintiff,

v.

ANISSA J. LONG,

    Defendant,

and

MED 1 ONLINE,

    Garnishee.

---

### ORDER DISMISSING WRIT OF GARNISHMENT
( Docket No. 9 )

This matter coming before the Court on motion of the Plaintiff and the Court being fully advised in the premises, the Court hereby **ORDERS** that the Motion to Dismiss Writ of Garnishment in this case is GRANTED.

ORDERED and entered this 9th day of February, 2007.

BY THE COURT:

_____
UNITED STATES MAGISTRATE JUDGE

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO